NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERNIE BALL, INC.,**
*Plaintiff-Appellee,*

v.

**EARVANA, LLC,**
*Defendant-Appellant.*

---

2012-1276

---

Appeal from the United States District Court for the Central District of California in case no. 06-CV-0384, Judge Jacqueline H. Nguyen.

---

## ON MOTION

---

Before O'MALLEY, *Circuit Judge.*

## ORDER

Ernie Ball, Inc. moves for the court to take judicial notice of certified copies of patent bibliographic data generated on June 26, 2012, for two patents. Earvana, LLC has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__SEP 0 5 2012__          /s/ Jan Horbaly
Date                       Jan Horbaly
                           Clerk

cc:  G. Henry Welles, Esq.
     Christian E. Iversen, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 5 2012

JAN HORBALY
CLERK